HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CHRISTOPHER JOHN CARRIVEAU

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:13-mj-00105-MJS |
| Plaintiff, | **STIPULATION TO MODIFY TERMS OF PROBATION; ORDER THEREON** |
| vs. | |
| CHRISTOPHER JOHN CARRIVEAU, | Judge:  Hon. Michael J. Seng |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that, as of March 15, 2014, the terms of probation imposed by this Court on November 19, 2013, be modified to include the following conditions:

1) Defendant Christopher Carriveau shall not consume any alcoholic beverages during the term of probation.

2) Defendant Christopher Carriveau shall immediately submit to alcohol testing by a law enforcement officer upon reasonable suspicion of any consumption of alcohol.

All other terms of probation previously imposed shall remain in effect.

/ / /

/ / /

/ / /

/ / /

*Stipulation to Modify Terms of Probation* -1-

| | | |
|---|---|---|
| 1 | Dated: April 7, 2014 | Respectfully submitted, |
| 2 | | |
| 3 | | BENJAMIN J. WAGNER<br>United States Attorney |
| 4 | | |
| 5 | | /s/ Matthew McNease<br>MATTHEW MC NEASE<br>Acting Legal Officer |
| 6 | | National Park Service<br>Yosemite National Park |
| 7 | | |
| 8 | Dated: April 7, 2014 | HEATHER E. WILLIAMS<br>Federal Defender |
| 9 | | |
| 10 | | /s/ Jerome Price<br>JEROME PRICE |
| 11 | | Assistant Federal Defender<br>Attorneys for Defendant |
| 12 | | CHRISTOPHER JOHN CARRIVEAU |

**O R D E R**

Good cause appearing, the above Stipulation is accepted, adopted and made the Order of the Court.

IT IS SO ORDERED.

Dated:   April 8, 2014                     /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE